STATE of Missouri, Respondent,

v.

Melvin E. COX, Appellant.

No. WD 36678.

Missouri Court of Appeals,
Western District.

Nov. 26, 1985.

M.A. Thalman, Platte City, for appellant.

Kenneth Hassler, Pros. Atty., Platte City, for respondent.

Before CLARK, C.J., Presiding, KENNEDY and BERREY, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction and sentence of driving while intoxicated, § 577.010, RSMo. Supp. 1984.

Judgment affirmed. Rule 30.25(b).